U.S. Department of Justice



United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

December 13, 2007

By Fax

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re:   <u>Gabriel Kozlowski v. Astrue</u>
          07 Civ. 7716 (AKH)

Dear Judge Hellerstein:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. I am writing respectfully to advise the Court of the status of this case, and to request, with the consent of plaintiff, an extension of two weeks from today, December 13, 2007, to December 27, 2007, to submit a signed stipulation of remand.

    The reason for this request is that the parties have verbally agreed to a remand for a finding of disability as of May 1, 2004, and we are finalizing the terms of remand for the remaining period at issue (<u>i.e.</u>, November 1999 through April 2004).

    Three prior extensions have been granted to the defendant, as the answer was originally due on November 15, 2007. In granting one of the prior extensions to the government, the Court indicated that no further extensions would be granted. I apologize for requesting another extension in this case. However, the additional time will allow the parties to complete settlement discussions that may resolve this matter without further need of litigation.



Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Leslie A. Ramirez-Fisher
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: James M. Baker, Esq. (by fax)