MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER (LRF-2963)
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-0378
leslie.ramirez-fisher@usdoj.gov


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

GABRIEL KOZLOWSKI,                  :

       Plaintiff,              :       STIPULATION AND ORDER

  -against-                        :       07 Civ. 7716 (AKH)

MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,
                                    :
       Defendant.
                                    :
- - - - - - - - - - - - - - - - - -X

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that defendant shall pay to plaintiff's counsel, the sum of two thousand one hundred forty-two dollars ($2,142.00) in attorney's fees, pursuant to the Equal Access to Justice Act, 28, U.S.C. § 2412, in full satisfaction of

any and all claims for attorney's fees and costs under 28 U.S.C. § 2412, in connection with this action.

Dated:   New York, New York
         February 1, 2008

                               CENTER FOR DISABILITY ADVOCACY
                                  RIGHTS, INC.
                               Attorney for Plaintiff

By: _____
     JAMES M. BAKER, ESQ.
     100 Lafayette Street, 3rd Floor
     New York, New York 10013
     Telephone: (212) 979-0505


                               MICHAEL J. GARCIA
                               United States Attorney for the
                               Southern District of New York
                               Attorney for Defendant

By: _____
     LESLIE A. RAMIREZ-FISHER
     Assistant United States Attorney
     86 Chambers Street, 3rd floor
     New York, New York  10007
     (212) 637-0378
     leslie.ramirez-fisher@usdoj.gov


SO ORDERED!  2/5/08

_____
U.S.D.J.